UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ALBERT CLEMO, ET AL.,           )
    Plaintiffs               )
                                 )
        v.                   )   C.A. NO. 10-CV-30020-MAP
                                 )
SHARON BRAYFIELD, ET AL.,       )
    Defendants               )

MEMORANDUM AND ORDER RE:
DEFENDANTS' MOTION FOR SANCTIONS
(Dkt. No. 20)

April 9, 2010

PONSOR, D.J.

    Plaintiffs brought this action on behalf of themselves and all others similarly situated pursuant to the Fair Labor Standards Act, 21 U.S.C. §§ 201 et. seq.  Defendants responded with motions to dismiss, to compel arbitration, to stay the time to respond to Plaintiffs' class certification, and for sanctions. (Dkt. Nos. 14, 17, 19 & 20).  On March 29, 2010, Plaintiffs filed a Notice of Voluntary Dismissal, and on March 31, 2010, Defendants objected to this dismissal.

    The plain language of Fed. R. Civ. P. 41(a)(1)(i) appears to permit dismissal by a plaintiff prior to the time that the opposing party serves either "an answer or a motion for summary judgment."  Since neither of these pleadings had been filed at the time the Notice of Dismissal appeared on

the docket, dismissal appears to be appropriate.

Defendants' objection to dismissal takes the position that, even if dismissal is effective, it would not moot Defendants' Motion for Sanctions. Given this contention, the court will retain jurisdiction of the case, at least for the time being, to allow Plaintiffs to file an opposition to the Motion for Sanctions and for hearing on the matter.

With this in mind, the court orders as follows:

1. Plaintiffs' opposition to the Motion for Sanctions will be filed on or before April 21, 2010.

2. The clerk will set the motion for argument in May 2010.

It is So Ordered.

                                          /s/ Michael A. Ponsor
                                          MICHAEL A. PONSOR
                                          U. S. District Judge